1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CR-0444 EJG |
|---|---|
| Plaintiff, | ) **ORDER CONTINUING RESTITUTION** |
| v. | ) **HEARING** |
| JERRY VAN LE, | ) Date: Friday, August 26, 2011 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Court: Hon. Edward J. Garcia |

The parties request that the hearing currently set for Friday, August 26, 2011, at 11:00 a.m., be continued to Friday, September 30, 2011, at 10:00 a.m.  The parties are currently litigating a government motion for restitution filed on February 24, 2011.  C.R. 23.  The reason for this request for a continuance in this hearing is to permit defense counsel to continue to consult with his client on the issue of restitution.

///
///
///
///
///
///

1

Defense counsel has spoken with the defendant about the hearing and his appearance; however, he has been unable to complete his investigation and legal research into this case.

In addition, defense counsel has been unable to obtain a waiver of appearance from the defendant. Due to this fact, the continuance is needed in order to permit the United States Marshals sufficient time to bring the defendant from Arizona to Sacramento for the hearing.

DATED: August 23, 2011           Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

DATED: August 23, 2011           */s/ Kyle Reardon for*
MARK S. AXUP
Counsel for the defendant

**O R D E R**

APPROVED AND SO ORDERED.

DATED: August 24, 2011           /s/ Edward J. Garcia
EDWARD J. GARCIA
U.S. District Court Judge