UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

SEP -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

UNITED STATES OF AMERICA )
      v. ) CR NO: 2:09-cr-0444
     )
JERRY VAN LE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JERRY VAN LE**

Detained at (custodian): **SAFFORD FCI**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment     ☒ Information     ☐ Complaint
    Charging Detainee With: **18 U.S.C. § 1341 - Mail Fraud**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary September 30, 2011 at 10:00 a.m., Courtroom 8, in the Eastern District of California.*

    Signature: /s/ KYLE F. REARDON
    Printed Name & Phone No: **KYLE F. REARDON (916) 554-2782**
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 30, 2011 at 10:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

9/1/11
Date                                                       United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 18403-097 | DOB: | 03/22/1979 |
| Facility Address: | 1529 West Highway 366 | Race: | Asian |
| | Safford, AZ 85546 | FBI #: | |
| Facility Phone: | (928) 428-6600 | | |
| Currently Incarcerated For: | Mail Fraud | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____

                                                                              (Signature)